**Form 193** [Notice Re: Fee Waiver Addendum]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In re:
    Mindee Beth Haught
          Debtor(s).

Case No. 15–24302 WTT
Chapter 7

## NOTICE RE: FEE WAIVER ADDENDUM

    Please be advised that an Addendum to the Application for Waiver of the Chapter 7 Filing Fee is required with the Application for Fee Waiver. Attached is a copy of the required addendum. Please complete the form, also include your bankruptcy case number and promptly return it to the Bankruptcy Clerk's office, 350 South Main Street, Rm 301, Salt Lake City, UT 84101. The form may also be emailed to bankruptcy_clerk@utb.uscourts.gov. Incomplete filing due by 5/19/15.

Dated: May 12, 2015

                                          David A. Sime
                                          Clerk of Court

This page intentionally left blank

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re: _____    Case No.: _____
                Debtor(s)                                    (If known)

**DISTRICT OF UTAH ADDENDUM TO
THE APPLICATION FOR WAIVER OF THE
CHAPTER 7 FILING FEE**

1. Please supply your email address, if applicable _____

2. Are you collecting unemployment, or expect to in the next 2–3 months? Yes ☐ No ☐
   If so, how much? _____

3. If you are in arrears with mortgage payments or rent, when was the last payment made? ___/____
                                                                                        Mo.   Yr.

4. Are you reaffirming any debts? Yes ☐ No ☐
   If yes, please describe property: _____

5. If you have listed dependents, are you receiving child support? Yes ☐ No ☐
   If yes, how much? _____ per month

6. If any dependents listed are over 18, are they employed and do they contribute to family expenses?
   Yes ☐ No ☐

7. Please list who is assisting you with present expenses:

   Name: _____

   Relationship to you? _____
   Does this person live at the same address listed on your bankruptcy? Yes ☐ No ☐

8. If employed, please attach Pay Advices for the past 60 days to this addendum.

**I (WE) DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE ADDENDUM
HAS BEEN COMPLETED TRUTHFULLY AND THAT THE FOREGOING INFORMATION
IS TRUE AND CORRECT.**

        Executed on: _____     _____
                        Date                         Signature of Debtor

        Executed on: _____     _____
                        Date                         Signature of Debtor

```
                        United States Bankruptcy Court
                               District of Utah
```

In re:                                                          Case No. 15-24302-WTT
Mindee Beth Haught                                              Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 1088-2          User: mtm              Page 1 of 1           Date Rcvd: May 12, 2015
                              Form ID: f193          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2015.
db          +Mindee Beth Haught,   230 North 560 West,   La Verkin, UT 84745-5232

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2015 at the address(es) listed below:
        Bryan Adamson    on behalf of Debtor Mindee Beth Haught badamson@dixielegal.com,
         jpeterson@dixielegal.com
        Michael F. Thomson tr    thomson.michael@dorsey.com,   UT17@ecfcbis.com;montoya.michelle@dorsey.com
        United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 3